IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAND MICHAEL EMINETH,<br><br>Defendant. | CR 22-45-M-DWM<br><br><br><br>ORDER |

Defendant Rand Michael Emineth having moved for the case to be reassigned,

IT IS ORDERED that the motion (Doc. 39) is DENIED.

DATED this 27th day of March, 2023.

_____
Donald W. Molloy, District Judge
United States District Court